Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-5348RJB |
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PRE-TRIAL MOTIONS DEADLINE |
| v. | ) ) | |
| DONALD KARL POOLE, JR., | ) ) | |
| Defendant. | ) | |

It is hereby ORDERED that the unopposed motion of the United States of America and Defendant Donald Karl Poole, Jr. to extend the time for the Government to respond to pre-trial motion deadline is GRANTED.

The response date for pre-trial motions is extended until July 8, 2009.

IT IS SO ORDERED.

DATED this 29th day of June, 2009.

_____
Robert J Bryan
United States District Judge

Presented by:

/s/ Brian D. Werner
BRIAN D. WERNER
Assistant United States Attorney

[PROPOSED] ORDER/Extending Government's response time
United States v. Poole, Jr. (CR09-5348RJB) — 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800