UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD KARL POOLE, JR.,

    Defendant.

Case No. CR09-5348RJB

ORDER DENYING MOTION TO DISMISS INDICTMENT

This matter comes before the court on Defendant's Motion to Dismiss Indictment Based on (1) The Statute's Unconstitutionality Under the Interstate Commerce Clause; (2) Washington's Failure to Implement SORNA; (3) Violation of Due Process; (4) Violation of Nondelegation Doctrine (Dkt. 18). The court is familiar with the records and files herein and documents filed in support of and in opposition to the motion.

The Indictment (Dkt. 11) reads as follows:

> 4. Beginning on a date unknown, but not later than on or about July 30, 2007, and continuing until on or about April 20, 2009, in Spanaway, Within the Western District of Washington, and elsewhere, DONALD KARL POOLE, JR., an individual required to register and update registration pursuant to the Sex Offender Registration and Notification Act, and who had traveled in interstate commerce, did knowing fail to register and update his sex offender registration.

All in violation of Title 18, United States Code, Section 2250(a).

ORDER - 1

The issues raised by the defense in this motion are identical to issues addressed by Chief District Judge Robert S. Lasnik, in this District, in the case of United States of America v. Keith Dwayne Crum, Cause No. CR08-255RSL, 2008 WL 4542408 (W.D. WA). Judge Lasnik's opinion contained in his order in the Crum case, is not binding on the undersigned or other District Judges, and often District Judges come to different opinions based upon the same issues. The opinions of colleagues in similar cases is, however, reviewed by District Judges for persuasiveness, along with all of the other argument, law and facts presented.

In the instant case, the undersigned finds that Judge Lasnik in Crum is persuasive on all of the issues raised by the defendant, and should here be followed. There is no reason to write an additional lengthy opinion on all of these issues. This court adopts the legal analysis and conclusions of Judge Lasnik in the Crum case as applied to Mr. Poole in the case before the court. Accordingly, Mr. Poole's Motion to Dismiss should be denied.

The court wishes to make one further observation about this matter. Although 18 U.S.C. § 2250(a) references the Sex Offender Registration Notification Act, it is a "stand alone" criminal statute, and is not dependent on all parts of the Sex Offender Registration and Notification Act being completed and followed. 18 U.S.C. § 2250(a) simply borrows portions of the Sex Offender Registration and Notification Act, rather than repeating them fully, and also borrows from state sex offender registration systems, to require registration with an appropriate state register upon moving, regardless of whether a particular state has completed its federal obligations under the Sex Offender Registration and Notification Act.

For the foregoing reasons, it is now

ORDERED that Defendant's Motion to Dismiss Indictment Based on (1) The Statute's Unconstitutionality Under the Interstate Commerce Clause; (2) Washington's Failure to Implement SORNA; (3) Violation of Due Process; (4) Violation of Nondelegation Doctrine (Dkt. 18) is DENIED.

ORDER - 2

1  The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of
2  record and to any party appearing *pro se* at said party's last known address.
3  DATED this 14th day of July, 2009.

*[signature: Robert J. Bryan]*

Robert J. Bryan
United States District Judge

ORDER - 3